UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| WILLIAM PATRICK CURRAN, IV, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:09-cv-386-LDG-RJJ |
| vs. | ) | |
| MUTUAL OF OMAHA INSURANCE COMPANY, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on Defendant Mutual of Omaha's Motion For Sanctions For Plaintiff's Failure to Obey Discovery Orders (#20).

The Court having reviewed the Motion (#20) and having heard the representations and argument of counsel at the hearing held on the motion and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Mutual of Omaha's Motion For Sanctions For Plaintiff's Failure to Obey Discovery Orders (#20) is **GRANTED.**

IT IS FURTHER ORDERED that pursuant to Fed. R. Civ. P. 37(b)(2)(A)(ii) Plaintiff is prohibited from supporting his claims or opposing Mutual of Omaha's defenses with any facts other than those stated in his original interrogatory responses.

IT IS FURTHER ORDERED that pursuant to Fed. R. Civ. P. 37(b)(2)(C) Defendant Mutual of Omaha Insurance Company is awarded sanctions in the amount of $4,447.40 ($4,080.00 attorney's fees and $367.40 costs). Sanctions shall be paid forthwith.

DATED this 24th day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge