UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIAM PATRICK CURRAN, IV,

    Plaintiff,

v.

MUTUAL OF OMAHA INSURANCE
COMPANY, a Nebraska corporation,

    Defendant.

2:09-cv-0386-LDG-RJJ

**ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY
JUDGMENT**

    Plaintiff Curran brought this action alleging that Defendant Mutual of Omaha Insurance Company ("Mutual of Omaha") failed to provide benefits required under an insurance policy. Mutual of Omaha moved for summary judgment (#30) on March 29, 2010. Curran failed to file any timely opposition to Mutual of Omaha's motion. On April 27, 2010, Mutual of Omaha accordingly filed notice that its motion was unopposed (#37) and urged this court to grant its motion. On July 14, 2010, by letter submitted pursuant to Local Rule 7-6(b) (#38), Mutual of Omaha again urged this court to grant its unopposed motion. The very next day, Plaintiff filed an "Unilateral Interim Status Report" averring that he "certainly contested" Mutual of Omaha's motion and that he would file his formal opposition "no later than Monday, July 19, 2010." Pl.'s Unilateral Interim Status Report 1-2, July 15, 2010, ECF No. 39. Curran, however, has yet to file any opposition to Mutual of Omaha's motion or any further correspondence with this court. Therefore, pursuant to Rule 56 and Local Rule 7-2(d), this court grants Mutual of Omaha's motion for summary judgment. Accordingly,

THE COURT HEREBY ORDERS that Defendant's motion for summary judgment (#30) is GRANTED.

DATED this ___ day of September, 2010.

_____
Lloyd D. George
United States District Judge