# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM PATRICK CURRAN, IV,<br><br>        Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska corporation,<br><br>        Defendant. | 2:09-cv-0386-LDG-RJJ<br><br>**ORDER** |

For the reasons stated in this court's previous order (#48),

THE COURT HEREBY ORDERS that Curran's motion for relief (#44) and motion for leave (#45) are DENIED.

DATED this ___30___ day of March, 2011.

_____
Lloyd D. George
United States District Judge